**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   GLADYS A CHRISTIAN CROCKETT   §   Case No.: 07-09192
§
§
§
§
Debtor(s)   §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/21/2007.

2) This case was confirmed on 07/18/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/01/2011.

5) The case was converted on 03/28/2011.

6) Number of months from filing to the last payment: 46

7) Number of months case was pending: 47

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   44,450.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 21,102.01 |
| Less amount refunded to debtor | $ 1,500.00 |
| **NET RECEIPTS** | $ 19,602.01 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,334.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,391.28 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,725.28 |
| Attorney fees paid and disclosed by debtor | $ 166.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CARMAX AUTO FINANCE | SECURED | 10,450.00 | .00 | .00 | .00 | .00 |
| CARMAX AUTO FINANCE | UNSECURED | 3,665.00 | .00 | .00 | .00 | .00 |
| CHASE AUTO FINANCE | SECURED | 15,300.00 | 20,822.67 | 15,300.00 | 9,750.05 | 3,084.28 |
| CHASE AUTO FINANCE | UNSECURED | 7,362.00 | .00 | 5,522.67 | 552.27 | .00 |
| CITIFINANCIAL | SECURED | 500.00 | .00 | 182.18 | 182.18 | 92.82 |
| CITIFINANCIAL | UNSECURED | 1,598.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 806.00 | 818.30 | .00 | .00 | .00 |
| AMERICAN MEDICAL COL | UNSECURED | 331.88 | NA | NA | .00 | .00 |
| ATG CREDIT LLC | UNSECURED | 39.00 | NA | NA | .00 | .00 |
| BLUE ISLAND RADIOLOG | UNSECURED | 85.40 | NA | NA | .00 | .00 |
| CHEVRON USA | UNSECURED | 869.00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | 3,576.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 365.00 | 590.00 | 590.00 | 59.00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | 683.00 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 167.49 | NA | NA | .00 | .00 |
| FIRST CONSUMERS NATI | UNSECURED | NA | NA | NA | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 4,855.00 | 4,800.74 | 4,800.74 | 480.07 | .00 |
| GREGORY EMERGENCY PH | UNSECURED | 163.20 | NA | NA | .00 | .00 |
| HEALTH CARE CENTERS | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 620.00 | 605.96 | 605.96 | 60.60 | .00 |
| HSBC NV | UNSECURED | NA | NA | NA | .00 | .00 |
| HSBC NV | UNSECURED | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC CARSON | UNSECURED | 338.00 | NA | NA | .00 | .00 |
| HSBC HARLM | UNSECURED | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,491.00 | 1,551.89 | 1,551.89 | 155.19 | .00 |
| JOHN H STROGER JR HO | UNSECURED | 257.40 | NA | NA | .00 | .00 |
| LITTLE CO MARY HOSPI | UNSECURED | 495.00 | NA | NA | .00 | .00 |
| M3 FINANCIAL SVCS | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| M3 FINANCIAL SVCS | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| M3 FINANCIAL SVCS | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| MEDICAL COLLECTIONS | UNSECURED | 178.00 | NA | NA | .00 | .00 |
| METRO INF | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| MRSI | UNSECURED | 446.00 | NA | NA | .00 | .00 |
| MRSI | UNSECURED | 416.00 | NA | NA | .00 | .00 |
| MRSI | UNSECURED | 383.00 | NA | NA | .00 | .00 |
| NEURODIAGNOSTIC SERV | UNSECURED | 78.60 | NA | NA | .00 | .00 |
| PAYDAY LOAN CORPORAT | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| PRONGER SMITH MEDICA | UNSECURED | 127.80 | 127.80 | 127.80 | 12.78 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 203.00 | 232.89 | 232.89 | 23.29 | .00 |
| SEARS/CBSD | UNSECURED | 4,171.00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | NA | .00 | 1,384.60 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,066.00 | 1,066.34 | 1,066.34 | 106.63 | .00 |
| TOWER LOAN | UNSECURED | 503.00 | NA | NA | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | 890.00 | 1,371.83 | 1,371.83 | 137.18 | .00 |
| GEORGE CROCKETT | OTHER | NA | NA | NA | .00 | .00 |
| GEORGE CROCKETT | OTHER | NA | NA | NA | .00 | .00 |
| GEORGE CROCKETT | OTHER | NA | NA | NA | .00 | .00 |
| JANISE CHRISTIAN | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS LENDING COR | UNSECURED | NA | 1,466.05 | 1,466.05 | 146.61 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 337.77 | 337.77 | 33.78 | .00 |
| AMERICAN GENERAL FIN | SECURED | NA | 818.30 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 15,300.00 | 9,750.05 | 3,084.28 |
| All Other Secured | 182.18 | 182.18 | 92.82 |
| **TOTAL SECURED:** | 15,482.18 | 9,932.23 | 3,177.10 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 19,058.54 | 1,767.40 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,725.28 |
| Disbursements to Creditors | $ | 14,876.73 |
| **TOTAL DISBURSEMENTS:** | $ | 19,602.01 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:    04/18/2011           /s/ Tom Vaughn
                               Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**